UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 18-13098 (MG) |
| LEE ALEXANDER BRESSLER, | |
| Debtor. | |

------------------------------------x

| | |
|---|---|
| GREGORY MESSER, ESQ., as Chapter 7 Trustee of Lee Alexander Bressler, | Adv. Proc. No. 20-01197 (MG) |
| Plaintiff, | |
| - against - | |
| SHIRA BRESSLER, | |
| Defendant. | |

------------------------------------x

## STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT OR OTHERWISE RESPOND

The Plaintiff, by and through his undersigned attorneys, and Defendant Shira Bressler, by and through her undersigned attorneys, hereby stipulate and agree that the Defendant's time to file an answer, move or otherwise respond to the Plaintiff's complaint is extended to and through September 21, 2020. The Defendant hereby acknowledges service and receipt of the Summons dated July 22, 2020 and the Complaint dated July 21, 2020 and waives any challenge to service of process, but otherwise preserves all rights to assert any other rights, claims or defenses.

| | |
|---|---|
| Dated: August 20, 2020 | Dated: August 20, 2020 |
| **LAMONICA HERBST & MANISCALCO, LLP** | **LEVINE LEE LLP** |
| Attorneys for the Plaintiff | Attorneys for Defendant |
| By: *s/David A. Blansky* | By: *s/Seth L. Levine* |
| David A. Blansky, Esq. | Seth L. Levine, Esq. |
| 3305 Jerusalem Avenue, Suite 201 | Ellen H. Sise, Esq. |
| Wantagh, New York 11793 | 650 Fifth Avenue |
| (516) 826-6500 | New York, New York 10019 |
| | (212) 257-4036 |

**SO ORDERED:**