UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re:<br><br>LEE ALEXANDER BRESSLER,<br><br>                            Debtor. | Chapter 7<br>Case No. 18-13098 (MG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| GREGORY MESSER, ESQ., as Chapter 7 Trustee of Lee Alexander Bressler,<br><br>                            Plaintiff,<br><br>  - against -<br><br>SHIRA BRESSLER,<br><br>                            Defendant. | Adv. Proc. No. 20-01197 (MG) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### SECOND STIPULATION FOR EXTENSION OF TIME TO
### ANSWER COMPLAINT OR OTHERWISE RESPOND

      The Plaintiff, by and through his undersigned attorneys, and Defendant Shira Bressler, by and through her undersigned attorneys, hereby stipulate and agree that the Defendant's time to file an answer, move or otherwise respond to the Plaintiff's complaint is further extended to and through September 30, 2020. The Defendant hereby acknowledges service and receipt of the Summons dated July 22, 2020 and the Complaint dated July 21, 2020 and waives any challenge to service of process, but otherwise preserves all rights to assert any other rights, claims or defenses.

| | |
|---|---|
| Dated: September 18, 2020 | Dated: September 18, 2020 |
| **LaMonica Herbst & Maniscalco, LLP**<br>*Attorneys for the Plaintiff* | **Levine Lee LLP**<br>*Co-Counsel for Defendant* |
| By: *s/ David A. Blansky*<br>    David A. Blansky, Esq.<br>    3305 Jerusalem Avenue, Suite 201<br>    Wantagh, New York 11793<br>    (516) 826-6500 | By: *s/ Seth H. Levine*<br>    Seth L. Levine, Esq.<br>    Ellen H. Sise, Esq.<br>    650 Fifth Avenue<br>    New York, New York 10019<br>    (212) 257-4036 |

          **TARTER KRINSKY & DROGIN LLP**
*Co-Counsel for Defendant*

By: *s/ Rocco A. Cavaliere*
     Rocco A. Cavaliere, Esq.
     1350 Broadway, 11th Floor
     New York, New York 10018
     (212) 216-8000
     rcavaliere@tarterkrinsky.com

**SO ORDERED.**

Dated: New York, New York
       September 21, 2020

          **/s/ Martin Glenn**
          MARTIN GLENN
      United States Bankruptcy Judge