**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Tel. (516) 826-6500
David A. Blansky, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

In re:

LEE ALEXANDER BRESSLER,

　　　　　　　　Debtor.
------------------------------------- x
GREGORY MESSER, ESQ., as Chapter 7
Trustee of Lee Alexander Bressler,

　　　　　　　　Plaintiff,

　- against -

SHIRA BRESSLER,

　　　　　　　　Defendant.
------------------------------------- x

Chapter 7
Case No. 18-13098 (MG)

Adv. Proc. No. 20-01197 (MG)

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE,** that the pre-trial conference scheduled for October 6, 2020 at 10:00 a.m. has been adjourned to and will proceed telephonically on October 6, 2020 at 2:00 p.m. before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York.

Dated: October 1, 2020

　　　　　　　　　　　　　　　　　**LAMONICA HERBST & MANISCALCO, LLP**
　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*

　　　　　　　　　　　　　　　　　By: *s/ David A. Blansky*
　　　　　　　　　　　　　　　　　　　David A. Blansky, Esq.
　　　　　　　　　　　　　　　　　　　3305 Jerusalem Avenue, Suite 201
　　　　　　　　　　　　　　　　　　　Wantagh, New York 11793
　　　　　　　　　　　　　　　　　　　(516) 826-6500